

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00306-CV

Cynthia L. **BARKMAN** and Charles N. Barkman,
Appellants

v.

**USAA FEDERAL SAVINGS BANK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01936
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellants Cynthia L. Barkman and Charles N. Barkman. Appellee's motion for sanctions is DENIED.

SIGNED October 28, 2015.

_____
Patricia O. Alvarez, Justice